1008

**C. Claude BORNE et al., Appellants, v. Sam H. JONES, Governor of State of Louisiana, et al., Appellees.**

No. 11020.

Circuit Court of Appeals, Fifth Circuit.

Feb. 7, 1945.

A. S. Cain and John J. Finnorn, both of New Orleans, La., for appellants.

R. A. Dowling, of New Orleans, La., and W. C. Perrault, of Opelousas, La., for appellees.

Before McCORD, WALLER, and LEE, Circuit Judges.

PER CURIAM.

The judgment of the lower court, 59 F.Supp. 170, is affirmed on the authority of Snowden v. Hughes et al., 321 U.S. 1, 64 S.Ct. 397.

Affirmed.

**L. Metcalfe WALLING, Administrator of the Wage and Hour Division, United States Department of Labor, Plaintiff-Appellee, v. Selman BELIKOFF, also known as Sam Belikoff, and Aaron Belikoff, co-partners doing business under the name and style of Belikoff Brothers, Defendants-Appellants.**

No. 231.

Circuit Court of Appeals, Second Circuit.

Feb. 16, 1945.

Douglas B. Maggs and Bessie Margolin, Asst. Sol., both of Washington, D. C., Irving Rozen, Regional Atty., of New York City, and George M. Szabad and Flora G. Chudson, both of Washington, D. C., for appellee L. Metcalfe Walling.

Max J. Lovell, of New York City (Max Milstein, of New York City, on the brief), for defendants-appellants Selman Belikoff, etc., et al.

Before EVANS, CLARK, and FRANK, Circuit Judges.

PER CURIAM.

Affirmed upon the opinion of the District Court, 59 F.Supp. 167.